# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRYCE ALLEN CROWELL,<br><br>　　　　　Defendant. | CASE NUMBER: 05-5002M<br><br>ORDER EXTENDING INDICTMENT DEADLINE |

Upon the request of the parties to extend the indictment deadline and the waiver of right to speedy indictment executed by the defendant on April 5, 2005, the Court finds that such an extension would serve the ends of justice and outweighs the interests of the public and the defendant in a speedy trial; now, therefore,

IT IS HEREBY ORDERED that the indictment deadline be extended to June 3, 2005. The period of delay resulting from this extension is hereby excluded for speedy indictment purposes under 18 U.S.C. §3161(h).

DONE this 11th day of April, 2005.

　　　　　　　　　　　　　　　　　　s/ Karen L. Strombom
　　　　　　　　　　　　　　　　　　JUDGE KAREN L. STROMBOM
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order Extending Time for Indictment